1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN S. GARIBAY,

11          Petitioner,                    No.  2:12-cv-2170 DAD P

12       vs.

13   AUDREY KING, Executive Director,

14          Respondent.                    ORDER

15   _____/

16          Petitioner, a civil detainee proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  In his application,

18   petitioner challenges his ongoing commitment proceedings taking place in Merced County.

19   Petitioner is currently confined at Coalinga State Hospital in Fresno County.  Both Merced

20   County and Fresno County are part of the Fresno Division of the United States District Court for

21   the Eastern District of California.  See Local Rule 120(d).

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   court.

26   /////

1

1        Good cause appearing, IT IS HEREBY ORDERED that:

2            1.  This action is transferred to the United States District Court for the Eastern

3   District of California sitting in Fresno; and

4            2.  All future filings shall reference the new Fresno case number assigned and

5   shall be filed at:

6                    United States District Court
                     Eastern District of California
7                    2500 Tulare Street
                     Fresno, CA 93721
8

9   DATED: August 24, 2012.

10

11   _____
     DALE A. DROZD
12   UNITED STATES MAGISTRATE JUDGE

13

14   DAD:9:mp
     gari2170.109
15

16

17

18

19

20

21

22

23

24

25

26

                                    2